UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DANIEL CRAWFORD,

Plaintiff,

vs.

SPECTRUM PHARMACEUTICALS, INC., WILLIAM L. ASHTON, BRITTANY K. BRADRICK, SETH H.Z. FISCHER, JUHYUN LIM, THOMAS J. RIGA, and JEFFREY L. VACIRCA,

Defendants.

Case No.: 1:23-cv-04877-PAE

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Daniel Crawford ("Plaintiff") voluntarily dismisses his claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: September 25, 2023

**BRODSKY & SMITH**

By: Evan J. Smith

Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*

**OF COUNSEL**

Douglas Risen
Risen Law, LLC
1900 JFK Blvd., Suite 910
Philadelphia, PA 19103
Phone: 215.201.2824
drisen@comcast.net